[No. 66735-1-I.   Division One.   May 2, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBY ROELLA REED, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 09-1-00212-3, James J. Stonier, J., entered November 4, 2009. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Grosse and Appelwick, JJ.

[No. 40142-8-II.   Division Two.   May 3, 2011.]

STEVE FREITAS ET AL., *Appellants*, v. FARMERS INSURANCE COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 08-2-00988-6, Toni A. Sheldon and Amber L. Finlay, JJ., entered November 23, 2009. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Penoyar, C.J., and Hunt, J.

[No. 40783-3-II.   Division Two.   May 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD DEWAYNE DICKEY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-01940-3, Ronald E. Culpepper, J., entered April 23, 2010. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong and Johanson, JJ.

[No. 28565-1-III.   Division Three.   May 5, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY S. HARVEY, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 08-1-00451-9, John W. Lohrmann, J., entered September 21, 2009. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.